WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Natalie C. Lehman, Esq.
Nevada Bar No. 12995
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dnitz@wrightlegal.net
nlehman@wrightlegal.net
*Attorneys for Defendant, Ocwen Loan Servicing, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BARBARA C.  MISDAY, | Case No. 2:15-CV-02018 |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DEADLINE FOR OCWEN TO FILE ITS RESPONSE TO THE COMPLAINT** |
| vs. | |
| BMW FINANCIAL SERVICES; OCWEN LOAN SERVICING, LLC; EXPERIAN INFORMATION SOLUTIONS, INC, | **(First Request)** |
| Defendants. | |

IT IS HEREBY STIPULATED between Plaintiff Barbara C. Misday ("Misday" or "Plaintiff"), by and through its attorney of record, David H. Krieger, Esq. of the law firm Haines & Kreiger, LLC, and Defendant Ocwen Loan Servicing, LLC ("Ocwen"), by and through its attorneys of record, Dana Jonathon Nitz, Esq. and Natalie C. Lehman, Esq. of the law firm

///

///

///

///

///

- 1 -

Wright, Finlay & Zak, LLP, in order to discuss possible resolution of the matter, the parties agree to extend the deadline for Ocwen to file its response to the Complaint, to **November 25, 2015.**

This is the parties' first request for an extension and is not intended to cause any delay or prejudice to any party.

IT IS SO STIPULATED.

DATED this 5th day of November, 2015.          DATED this 5th day of November, 2015.

**HAINES & KRIEGER, LLC**                        **WRIGHT, FINLAY & ZAK, LLP**

*/s/David H. Krieger, Esq.*                      */s/Natalie C. Lehman, Esq.*
David H. Krieger, Esq.                           Dana Jonathon Nitz, Esq.
Nevada Bar No. 9086                              Nevada Bar No. 0050
8985 S. Eastern Ave., Suite 350                  Natalie C. Lehman, Esq.
Henderson, Nevada 89123                          Nevada Bar No. 12995
Phone: (702) 880-5554                            7785 W. Sahara Ave., Suite 200
Fax:    (702) 385-5518                           Las Vegas, Nevada 89117
*Attorneys for Plaintiff, Barbara C. Misday*     Phone: (702) 475-7964
                                                 Fax:    (702) 946-1345
                                                 *Attorneys for Defendant, Ocwen Loan Servicing, LLC*

**ORDER**

IT IS SO ORDERED.

Dated this 16th day of November, 2015.

UNITED STATES MAGISTRATE JUDGE

*Respectfully submitted by:*

**WRIGHT, FINLAY & ZAK, LLP**

*/s/Natalie C. Lehman, Esq.*
Natalie C. Lehman, Esq.
Nevada Bar No. 12995
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
*Attorneys for Ocwen Loan Servicing, LLC*