WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Natalie C. Lehman, Esq.
Nevada Bar No. 12995
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dnitz@wrightlegal.net
nlehman@wrightlegal.net
*Attorneys for Defendant, Ocwen Loan Servicing, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BARBARA C. MISDAY,<br><br>    Plaintiff,<br><br>vs.<br><br>BMW FINANCIAL SERVICES; OCWEN LOAN SERVICING, LLC; EXPERIAN INFORMATION SOLUTIONS, INC,<br><br>    Defendants. | Case No. 2:15-CV-02018<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR OCWEN TO FILE ITS RESPONSE TO THE COMPLAINT**<br><br>**(Second Request)** |

  IT IS HEREBY STIPULATED between Plaintiff Barbara C. Misday ("Misday" or "Plaintiff"), by and through its attorney of record, David H. Krieger, Esq. of the law firm Haines & Kreiger, LLC, and Defendant Ocwen Loan Servicing, LLC ("Ocwen"), by and through its attorneys of record, Dana Jonathon Nitz, Esq. and Natalie C. Lehman, Esq. of the law firm

///
///
///
///
///

1  Wright, Finlay & Zak, LLP, in order to **continue** discussions regarding possible resolution of the
2  matter, the parties agree to extend the deadline for Ocwen to file its response to the Complaint, to
3  **December 23, 2015.**
4      This is the parties' first request for an extension and is not intended to cause any delay or
5  prejudice to any party.
6      IT IS SO STIPULATED.
7  DATED this 20th day of November, 2015.        DATED this 20th day of November, 2015.
8
9  **HAINES & KRIEGER, LLC**                         **WRIGHT, FINLAY & ZAK, LLP**
10 
   /s/David H. Krieger, Esq.                          /s/Natalie C. Lehman, Esq.
11 David H. Krieger, Esq.                             Dana Jonathon Nitz, Esq.
   Nevada Bar No. 9086                                Nevada Bar No. 0050
12 8985 S. Eastern Ave., Suite 350                    Natalie C. Lehman, Esq.
   Henderson, Nevada 89123                            Nevada Bar No. 12995
13 Phone: (702) 880-5554                              7785 W. Sahara Ave., Suite 200
   Fax:   (702) 385-5518                              Las Vegas, Nevada 89117
14 *Attorneys for Plaintiff, Barbara C. Misday*       Phone: (702) 475-7964
15                                                    Fax:   (702) 946-1345
                                                      *Attorneys for Defendant, Ocwen Loan*
16                                                    *Servicing, LLC*
17
18                         **ORDER**
19     IT IS SO ORDERED.
20     Dated this 24th day of November, 2015.
21
22
23                                                    _____
   *Respectfully submitted by:*                       UNITED STATES MAGISTRATE JUDGE
24
   **WRIGHT, FINLAY & ZAK, LLP**
25
   /s/Natalie C. Lehman
26 Natalie C. Lehman, Esq.
   Nevada Bar No. 12995
27 7785 W. Sahara Ave., Suite 200
28 Las Vegas, Nevada 89117
   *Attorneys for Ocwen Loan Servicing, LLC*