1  WRIGHT, FINLAY & ZAK, LLP
2  Dana Jonathon Nitz, Esq.
   Nevada Bar No. 0050
3  Natalie C. Lehman, Esq.
   Nevada Bar No. 12995
4  7785 W. Sahara Ave., Suite 200
5  Las Vegas, NV 89117
   (702) 475-7964; Fax: (702) 946-1345
6  dnitz@wrightlegal.net
   nlehman@wrightlegal.net
7  *Attorneys for Defendant, Ocwen Loan Servicing, LLC*
8

9                    **UNITED STATES DISTRICT COURT**
10                          **DISTRICT OF NEVADA**
11

| BARBARA C. MISDAY, | Case No. 2:15-CV-02018 |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DEADLINE FOR OCWEN TO FILE ITS RESPONSE TO THE COMPLAINT UNTIL AFTER THE CASE IS CONSOLIDATED** |
| vs. | |
| BMW FINANCIAL SERVICES; OCWEN LOAN SERVICING, LLC; EXPERIAN INFORMATION SOLUTIONS, INC, | |
| Defendants. | **(Third Request)** |

   IT IS HEREBY STIPULATED between Plaintiff Barbara C. Misday ("Misday" or "Plaintiff"), by and through its attorney of record, David H. Krieger, Esq. of the law firm Haines & Kreiger, LLC, and Defendant Ocwen Loan Servicing, LLC ("Ocwen"), by and through its attorneys of record, Dana Jonathon Nitz, Esq. and Natalie C. Lehman, Esq. of the law firm

///
///
///
///
///

- 1 -

Wright, Finlay & Zak, LLP, due to settlement negotiations reaching an impasse, and in light of the pending Motion to Consolidate and the Notice of Related Cases, the parties agree to extend the deadline for Ocwen to file its response to the Complaint, until ten (10) days after an Order regarding Ocwen's Motion to Consolidate, filed in Case No. 2:15-CV-01890-RFB-PAL has been entered.

This is the parties' first request for an extension and is not intended to cause any delay or prejudice to any party.

IT IS SO STIPULATED.

DATED this 22nd day of December, 2015.    DATED this 22nd day of December, 2015.

**HAINES & KRIEGER, LLC**    **WRIGHT, FINLAY & ZAK, LLP**

*/s/David H. Krieger, Esq.*    */s/Natalie C. Lehman, Esq.*
David H. Krieger, Esq.    Dana Jonathon Nitz, Esq., Nevada Bar 0050
Nevada Bar No. 9086    Natalie C. Lehman, Esq., Nevada Bar 12995
8985 S. Eastern Ave., Suite 350    7785 W. Sahara Ave., Suite 200
Henderson, Nevada 89123    Las Vegas, Nevada 89117
Phone: (702) 880-5554    Phone: (702) 475-7964; Fax: (702) 946-1345
Fax:   (702) 385-5518    *Attorneys for Defendant, Ocwen Loan*
*Attorneys for Plaintiff, Barbara C. Misday*    *Servicing, LLC*

**ORDER**

IT IS SO ORDERED.

Dated this 30th day of December, 2015.

UNITED STATES MAGISTRATE JUDGE

*Respectfully submitted by:*

**WRIGHT, FINLAY & ZAK, LLP**
*/s/Natalie C. Lehman, Esq.*
Natalie C. Lehman, Esq.
Nevada Bar No. 12995
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
*Attorneys for Ocwen Loan Servicing, LLC*